Ralph W. Yarborough, E. Wayne Thode and Johnson & Townsend, Austin, Wood & Wilcox, Georgetown, for respondents.

PER CURIAM.

It appearing to the Court, by stipulation of the parties and by certified copies of appropriate orders of the Probate Court of Travis County filed herein, that this case has been fully settled and compromised by the parties thereto, this cause is therefore dismissed as moot, without opinion on, or adjudication of, the merits of the controversy by this Court.

## HAMILTON v. STATE.

### No. 26294.

Court of Criminal Appeals of Texas.

March 4, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is aggravated assault; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception.

The proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.